IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00509-RPM-MJW

GERDA CLARK,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Amend Complaint (docket no. **12**) is DENIED WITHOUT PREJUDICE.  The Plaintiff has failed to comply with D.C. COLO.LCivR 7.1 A.

Date:   May 28, 2009