IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00509-RPM-MJW

GERDA CLARK,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA

    Defendant.

_____

ORDER DENYING MOTION TO DISMISS BY UNITED STATES OF AMERICA AND
GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    This civil action was filed under the Federal Tort Claims Act, asserting premises liability against the government as the owner of the Fort Carson Commissary at which the plaintiff suffered injury by a slip and fall in August, 2007.  The defendant United States filed a motion to dismiss under Fed.R.Civ.P. 12(b)(1), claiming that W. Harris Government Service Contractors, Inc., as an independent contractor to provide custodial services at the commissary is the proper defendant.  The defendant fails to recognize the liability of the owner of premises under Colorado law, regardless of who performs custodial services.  The plaintiff has also filed a motion to file an amended complaint adding the contractor as an additional defendant.  It is now

    ORDERED that the motion to dismiss by the United States of America is denied.  It is

    FURTHER ORDERED that the plaintiff's motion to file an amended complaint [19] is granted and the amended complaint tendered therewith is filed.  It is

    FURTHER ORDERED that the United States' motion for extension of time to file a reply is denied.

    DATED:   June 10th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge