IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00509-RPM-MJW

GERDA CLARK,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    Upon review of the file in this case, it is

    ORDERED that the Amended Order of Reference to Magistrate Judge Michael J. Watanabe entered by this Court on March 12, 2009, is vacated.

    DATED:   June 10th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge