**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 21, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-00509-RPM

GERDA CLARK,                                                           Daniel G. Kay

     Plaintiff,

v.

UNITED STATES OF AMERICA and                                           Marcy E. Cook
W. HARRIS GOVERNMENT SERVICE CONTRACTORS, INC.,                        John M. Lebsack

     Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**2:46 p.m.      Court in session.**

Court's preliminary remarks and its summary of the case.

2:49 p.m.       Argument by Ms. Cook.

**ORDERED:    Defendant Unites States of America's Motion to Dismiss Amended Complaint, filed 6/24/2009 [27], is denied.**

Court admonishes Ms. Cook citing 28 U.S.C. § 1927.

Discussion regarding defendant W. Harris Government Service Contractors as a party, current condition of plaintiff and defendants anticipated answers.

**2:54 p.m. Court in recess.**

Hearing concluded.  Total time: 8 min.