IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00509-RPM

GERDA CLARK,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA and
W. HARRIS GOERNMENT SERVICE CONTRACTORS INC.,

      Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M .V. Wentz


      Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference [41] is granted.  The scheduling conference set for October 2, 2009, is vacated and the conference is rescheduled for **September 25, 2009, at 3:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be delivered in paper form directly to chambers by **4:00 p.m. on September 17, 2009.**


DATED: August 7, 2009