IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00509-RPM-MJW

GERDA CLARK,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA and
W. HARRIS GOVERNMENT SERVICE CONTRACTORS, INC.,

     Defendants.

_____

## ORDER FOR DISMISSAL
_____

     Pursuant to the Joint Stipulation for Dismissal [53] it is

     ORDERED that this civil action is dismissed with prejudice, each party to pay their own costs.

     DATED:   January 4th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge